## In re Bernard Woodmansee

[ 202 A.2d 267 ]

June Term, 1964

Present: Holden, C. J., Shangraw, Barney, Smith and Sylvester, JJ.

Opinion Filed June 15, 1964

*Bernard Woodmansee, pro se.*

**Per Curiam.** The petitioner, Bernard Woodmansee, seeks release from the Vermont State Prison at Windsor by *habeas corpus*. It appears from the petition that the prisoner's confinement was ordered by a mittimus, issued by the Chittenden County Court upon his conviction and sentence after trial by jury for the offenses of burglary and attempted arson. He contends he is entitled to be admitted to bail pending final disposition of his appeal from these convictions.

Since it appears that the petitioner is "in execution" within the meaning of Section 32, Chapter II of the Vermont Constitution, the offense for which he is confined is not bailable, as a matter of right, at this stage of the proceedings. *In re Comolli,* 78 Vt. 337, 343, 63 Atl. 184. This disposition is also in accord with the unreported case *In re Rickert,* No. 1984, filed June 4, 1964.

*It is ordered that the petition for a writ of habeas corpus be dismissed.*